UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL KUZMA, | ) |
| Plaintiff, | ) Case No. 1:10-cv-1079 |
| v. | ) Honorable Paul L. Maloney |
| SHERIFF ALLEN L. BYAM, et al., | ) |
| | ) **ORDER OF DISMISSAL** |
| Defendants. | ) |

By order to show cause entered September 22, 2011 (docket # 12), this court directed plaintiff to file no later than October 3, 2011, an affidavit explaining why he has not complied with the court's July 13, 2011 order to submit a status report and a status report providing the information required in the order. Plaintiff has failed to respond. Accordingly:

IT IS ORDERED that the captioned case be and hereby is DISMISSED WITHOUT PREJUDICE for lack of prosecution.

Dated: November 14, 2011      ./s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge